**Order entered November 21, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01392-CV
No. 05-18-01393-CV

**IN RE HOWARD HOLLAND, Relator**

**Original Proceeding from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause Nos. 31608-422 and 31609-422**

## ORDER
Before Justices Bridges, Brown, and Boatright

Before the Court are relator's petition for writ of mandamus and relator's motion to plead single copy. We **GRANT** the motion. Relator shall be allowed to file a single copy of his pro se petition and any other documents filed in this proceeding. We request that the real party in interest and respondent file their responses, if any, to the petition for writ of mandamus **by December 17, 2018.**

/s/    ADA BROWN
        JUSTICE